USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 14 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CORENLIA TEODORESCU,

                    Plaintiff,

     -against-

INTERNATIONAL FLAVOR & FRAGRANCE,
INC., CHRISTIAN PALMER and JEANINE
HALL,

                    Defendants.
------------------------------------------------------------------x

~~ORDER OF DISMISSAL~~
06 CV 1351 (GBD)

GEORGE B. DANIELS, DISTRICT JUDGE:

The Court having been advised by plaintiff's attorney that plaintiff has decided to withdraw her federal court complaint, without prejudice to re-file her state court claims, it is hereby

ORDERED that the complaint is dismissed and the case is closed.

Dated: New York, New York
       August 14, 2006

                                      SO ORDERED:

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge